Anthony J. CLAYTOR, Petitioner-Appellant,

v.

WARDEN, FCI HAZELTON-MED., Respondent-Appellee.

No. 17-7106

United States Court of Appeals, Fourth Circuit.

Submitted: December 19, 2017

Decided: December 22, 2017

Anthony J. Claytor, Appellant Pro Se.

Before SHEDD, AGEE, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony J. Claytor, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Claytor v. Warden*, No. 3:17-cv-00085-GMG-RWT (N.D.W. Va. Aug. 1, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore this court and argument would not aid the decisional process.

*AFFIRMED*